**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAMON DANIEL MCCURRY,**

    **Petitioner,**

v.                                 Case No.   6:11-cv-1049-Orl-35DAB

**WARDEN, FCC COLEMAN,**

    **Respondent.**
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION TO VOLUNTARY DISMISS** (Doc. No. 7) |
| **FILED:** | August 15, 2011 |
| | **THEREON** it is **ORDERED** that the motion is **GRANTED**. |

This case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, this 26th day of August

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 8/16
Damon Daniel McCurry